*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 23, 2015                    519175
_____

In the Matter of BERNABE
    ENCARNACION,
                        Appellant,

        v                                  MEMORANDUM AND ORDER

BRIAN FISCHER, as Commissioner
    of Corrections and
    Community Supervision,
                        Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Peters, P.J., Lahtinen, Egan Jr. and Rose, JJ.

                    _____


        Bernabe Encarnacion, Attica, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (Pritzker, J.),
entered May 2, 2014 in Washington County, which, in a proceeding
pursuant to CPLR article 78, granted respondent's motion to
dismiss the petition.

        Judgment affirmed.  No opinion.

        Peters, P.J., Lahtinen, Egan Jr. and Rose, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court